# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
**JERRY LYNN REDMAN**　　　　　　　　　　**CASE NO:** 14-44223
**JODY ANN REDMAN**　　　　　　　　　　　**CHAPTER:** 13
　　　　　　　　　　　　　　　　　　　　　**JUDGE:** MCIVOR

**DEBTOR/**

### DEBTOR'S CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION PURSUANT TO L.B.R. 3015-2

C. Jason Cardasis has filed papers with the Court.

1. Debtor proposes to modify his Chapter 13 Plan as follows:
   a. Excuse remittance of the Debtor's 2014 Federal Income tax refund in the amount of $635.99.
   b. The proposed modification has the following impact on the classes of creditors being paid by the Trustee as follows:
      i. Class one through Class eight claims: no change of impact on this class of creditors.
   c. All other respects the Plan shall remain in full force and effect. (See attached Plan Calculation, Liquidation Analysis).

**Debtors' plan was confirmed with a Pro Rata tax refund excusal amount of $2,400.00 per year. Debtors' 2014 Federal tax refund totaled $4,116.00. Debtors request to excuse a portion of the 2014 Federal tax refund in the amount of $635.99, as Debtors need the additional funds for repairs to the shed on their property (Please see attached documentation). Debtors will remit the difference of $1,080.01 to the Trustee. Debtors have a strong payment history and these modifications will have no impact on the Plan completing timely (Please see attached Plan Calculations).**

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your view on the motion, within 28 days, you or your attorney must:

2. File with the court a written response or an answer, explaining your position at

   United States Bankruptcy Court
   211 W. Fort Street, Suite 2100
   Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
You must also mail a copy to:

   B.O.C. Law Group, P.C.
   Attorney for Debtor
   24100 Woodward, Suite B
   Pleasant Ridge, MI 48069

3. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

Dated: February 24, 2015　　　　　　　　　　/s/C. Jason Cardasis
　　　　　　　　　　　　　　　　　　　　　**C. Jason Cardasis (P54930)**
　　　　　　　　　　　　　　　　　　　　　**24100 Woodward, Suite B**
　　　　　　　　　　　　　　　　　　　　　**Pleasant Ridge, MI 48069**
　　　　　　　　　　　　　　　　　　　　　**248.584.2100**
　　　　　　　　　　　　　　　　　　　　　**Jasoncardasis@boclaw.com**

**LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY**:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | N/A | N/A | N/A | N/A | N/A |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | N/A | N/A | N/A | N/A | N/A |
| HHG/PERSONAL EFFECTS | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| JEWELRY | 300.00 | 0.00 | 300.00 | 300.00 | 0.00 |
| CASH/BANK ACCOUNTS | 156.94 | 0.00 | 156.94 | 156.94 | 0.00 |
| VEHICLES (2005 Dodge Durango) | 3,628.00 | 0.00 | 3,628.00 | 3,675.00 | 0.00 |
| VEHICLES (2010 Chrysler Sebring) | 14,389.10 | 14,389.10 | 0.00 | 3,675.00 | 0.00 |
| VEHICLES (1985 Suzuki Motorcycle) | 100.00 | 0.00 | 100.00 | 100.00 | 0.00 |
| OTHER *(Bedroom Set)* | 500.00 | 2,000.00 | 0.00 | 0.00 | 0.00 |
| OTHER *(9mm Kaltec)* | 50.00 | 0.00 | 50.00 | 50.00 | 0.00 |
| OTHER *(Digital Camera)* | 30.00 | 0.00 | 30.00 | 30.00 | 0.00 |
| OTHER *(Colonial Life & Accident Ins.)* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER *(Term Life through Employer)* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER *(Right to Receive Monthly Social Security)* | 721.00 | 0.00 | 721.00 | 721.00 | 0.00 |

Amount available upon liquidation ................................................................................. $ **0.00**

Less administrative expenses and costs ........................................................................ $ **0.00**

Less priority claims ........................................................................................................ $ **0.00**

Amount Available in Chapter 7 ...................................................................................... $ **0.00**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

| | |
|---|---|
| **JERRY LYNN REDMAN** | **CASE NO:** 14-44223 |
| **JODY ANN REDMAN** | **CHAPTER:** 13 |
| | **JUDGE:** MCIVOR |

　　　　　　　　　　　**DEBTOR(S)/**

## CERTIFICATE OF SERVICE

**Heather Tousignant** hereby certifies that on **February 24, 2015,** a copy of the **Debtor's Chapter 13 Post-Confirmation Plan Modification**, was filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

**DAVID WM. RUSKIN
CHAPTER 13 TRUSTEE
26555 EVERGREEN, STE. 1100
SOUTHFIELD, MICHIGAN 48076**

And served upon the following parties by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:

\*\*\* All creditors listed on attached Court Matrix

　　　　　　　　　　　　　　　　/s/Heather Tousignant
　　　　　　　　　　　　　　　　Heather Tousignant, Legal Assistant
　　　　　　　　　　　　　　　　An Employee of B.O.C. Law Group, P.C.
　　　　　　　　　　　　　　　　24100 Woodward Ave., Suite B
　　　　　　　　　　　　　　　　Pleasant Ridge, MI 48069
　　　　　　　　　　　　　　　　248.584.2100
　　　　　　　　　　　　　　　　htousignant@boclaw.com

```
Label Matrix for local noticing            16th Circuit Court                         37th District Court
0645-2                                     Acct No 13-4664-NF                         Acct No 120573GC
Case 14-44223-mbm                          40 N. Main Street                          8300 Common Rd.
Eastern District of Michigan               Mount Clemens, MI 48043-5654               Warren, MI 48093-2382
Detroit
Fri Feb 20 11:41:58 EST 2015

AT&T                                       AT&t Mobility                              Aaron's
Acct No xxxxx1284; xxx2619                 Acct No xxxxxx6499                         24813 Gratiot Ave.
c/o EOS CCA                                c/o AFNI                                   Clinton Township, MI 48035
700 Longwater Dr                           404 Brock Dr.
Norwell, MA 02061-1624                     PO Box 3097
                                           Bloomington, IL 61702-3097

Account Receiveable Solutions Inc.         Account Services                           American InfoSource LP as agent for
Acct No xxx1951                            1802 N E Loop 410                          T Mobile/T-Mobile USA Inc
PO Box 184                                 Ste 400                                    PO Box 248848
Saint Johns, MI 48879-0184                 San Antonio, TX 78217-5298                 Oklahoma City, OK  73124-8848


Bristol West Preferred Insurance           Capital One                                Cavalry SPV I, LLC
Acct No xxx0307                            Acct No 1425                               500 Summit Lake Drive, Ste 400
c/o Lamont Hanley & Assoc.                 PO Box 30285                               Valhalla, NY 10595-1340
1138 Elm St                                Salt Lake City, UT 84130-0285
Manchester, NH 03101-1531


Chase Auto Finance                         Chase Auto Finance                         Citi Bank/Fingerhut
Acct No xxxxxxxx1692                       Acct No xxxxxxxxxx7535                     Acct No xxxx3928
PO Box 5210                                PO Box 901076                              c/o Genesis Financial Solution
New Hyde Park, NY 11042-5210               Fort Worth, TX 76101-2076                  PO Box 4865
                                                                                      Beaverton, OR 97076-4865


Collecto Us Asset Managemnt, Inc.          Detroit Anesthesia Group PLLC              Farmers Ins. Exchange, Assignee of the MACP
c o Jefferson Capital Systems LLC          Acct No x3020                              c/o John D. Ruth (P48540)
Po Box 7999                                51011 Park Place Ct.                       Anselmi & Mierzejewski, P.C.
Saint Cloud Mn 56302-7999                  Northville, MI 48167-9109                  1750 S. Telegraph Road, Ste. 306
                                                                                      Bloomfield Hills, MI 48302-0179


Farmers Insurance Exchange Assignee of     JPMorgan Chase Bank, N.A.                  Jymmie Gholston
Acct No 13-4664-NF                         po box 901032 Ft Worth,TX 76101            4144 Woodhall
the Michigan Assigned Claims Plan                                                     Detroit, MI 48224-2174
c/o Anselmi & Mierzejewski, PC
1750 S. Telegraph, Ste. 306
Bloomfield Hills, MI 48302-0179

Leslie's Mobile Home Village               NEW OAKLAND FAMILY CENTER C/O MMCC xxx3999 (p)PORTFOLIO RECOVERY ASSOCIATES LLC
25214 Gratiot Ave                          6324 TAYLOR DR                             PO BOX 41067
Roseville, MI 48066-4426                   FLINT, MI 48507-4680                       NORFOLK VA 23541-1067



RDK Collection Services                    Richard A Reidy DO                         St. John Macomb-Oakland Hospital
16211 N. Scottsdale Rd., Ste. 172          Acct No xxxxxxx7467                        Acct No xxxxxx3861
Scottsdale, AZ 85254-1584                  PO Box 81553                               PO Box 773123
                                           Rochester, MI 48308-1553                   3123 Solutions Center
                                                                                      Chicago, IL 60677-3001


St. John Macomb-Oakland Hospital           T-Mobile                                   TCF
Acct No xxxxxx3861                         Acct No xxxx8988; xxxxx3959                Acct No xxx1590
c/o Medical Financial Services             c/o Diversified Consultants, Inc.          c/o Merchants & Medical
28000 Dequindre                            PO Box 551268                              6324 Taylor Drive
Warren, MI 48092-2468                      Jacksonville, FL 32255-1268                Flint, MI 48507-4680
```

| | | |
|---|---|---|
| TCF<br>c/o Merchants & Medical<br>6324 Taylor Drive<br>Flint, MI 48507-4680 | TCF BANK C/O MMCC xxx1590<br>6324 TAYLOR DR<br>FLINT, MI 48507-4680 | TD BANK USA, N.A.<br>C O WEINSTEIN, PINSON, AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Target National Bank<br>Acct No 120573GC<br>c/o Meyer & Njus, PA<br>200 South 6th St Ste1100<br>Minneapolis, MN 55402-1400 | Third Party Withholding Unit<br>Acct No xxx-xx-2183; xxx-xx-8452<br>Michigan Department of Treasury<br>PO Box 30785<br>Lansing, MI 48909-8285 | U.S. Trustee<br>211 W. Fort Street<br>Suite 700<br>Detroit, MI 48226-3263 |
| US Attorney<br>211 W Fort St Ste 2100<br>Detroit, MI 48226-3211 | Wells Fargo<br>Acct No xxxxxx3798<br>C/O SRA Associates<br>401 Minnetonka Rd<br>Somerdale, NJ 08083-2914 | Wilson Vet Hospital<br>12000 Durham<br>Washington, MI 48095-1469 |
| Corey M. Carpenter<br>24100 Woodward Ave<br>Pleasant Ridge, MI 48069-1138 | David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 | Jerry Lyn Redman<br>25214 Gratiot<br>Lot 118<br>Roseville, MI 48066-4412 |
| Jody Ann Redman<br>26319 Dover<br>Warren, MI 48089-4516 | William R. Orlow<br>24100 Woodward Ave.<br>Pleasant Ridge, MI 48069-1138 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     0<br>Total                  43 |

# Form 1040

Department of the Treasury—Internal Revenue Service (99)

## U.S. Individual Income Tax Return 2014

OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning , 2014, ending , 20   See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| JERRY L | REDMAN | [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| JODY | REDMAN | [redacted] |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
25214 GRATIOT AVE LOT 118

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Roseville, MI 48066

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   You   Spouse

## Filing Status
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

## Exemptions

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ................
b ☒ Spouse ....................................................

Boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| [redacted] | [redacted] | Daughter | X |

No. of children on 6c who:
- lived with you: **1**
- did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed .......................................

Add numbers on lines above ▶ **3**

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7   26,980. |
| 8a | Taxable interest. Attach Schedule B if required | 8a |
| b | Tax-exempt interest. Do not include on line 8a   8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a |
| b | Qualified dividends   9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 |
| 11 | Alimony received | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |
| 15a | IRA distributions   15a | b Taxable amount   15b |
| 16a | Pensions and annuities   16a | b Taxable amount   16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
| 18 | Farm income or (loss). Attach Schedule F | 18 |
| 19 | Unemployment compensation | 19 |
| 20a | Social security benefits   20a | b Taxable amount   20b |
| 21 | Other income. List type and amount | 21 |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22   26,980. |

## Adjusted Gross Income

| | | |
|---|---|---|
| 23 | Educator expenses | 23 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 |
| 26 | Moving expenses. Attach Form 3903 | 26 |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 |
| 29 | Self-employed health insurance deduction | 29 |
| 30 | Penalty on early withdrawal of savings | 30 |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a |
| 32 | IRA deduction | 32 |
| 33 | Student loan interest deduction | 33 |
| 34 | Tuition and fees. Attach Form 8917 | 34 |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 |
| 36 | Add lines 23 through 35 | 36 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37   26,980. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   FD100   Form **1040** (2014)
VSA

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 26,980. |
| | 39a | Check if: ☐ You were born before January 2, 1950, ☐ Blind. ☐ Spouse was born before January 2, 1950, ☐ Blind. Total boxes checked ▶ 39a ☐ | | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 12,400. |
| | 41 | Subtract line 40 from line 38 | 41 | 14,580. |
| | 42 | Exemptions. If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see instructions | 42 | 11,850. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 2,730. |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 274. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| • All others: Single or Married filing separately, $6,200 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 274. |
| | 48 | Foreign tax credit. Attach Form 1116 if required  48 | | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441  49 | | |
| Married filing jointly or Qualifying widow(er), $12,400 | 50 | Education credits from Form 8863, line 19  50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880  51 | | |
| | 52 | Child tax credit. Attach Schedule 8812, if required  52 | 274. | |
| | 53 | Residential energy credits. Attach Form 5695  53 | | |
| Head of household, $9,100 | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐  54 | | |
| | 55 | Add lines 48 through 54. These are your total credits | 55 | 274. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 0. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage X | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 0. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 679. |
| | 65 | 2014 estimated tax payments and amount applied from 2013 return  65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | 2,711. |
| | b | Nontaxable combat pay election  66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | 726. |
| | 68 | American opportunity credit from Form 8863, line 8  68 | | |
| | 69 | Net premium tax credit. Attach Form 8962  69 | | |
| | 70 | Amount paid with request for extension to file  70 | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld  71 | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136  72 | | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ Reserved d ☐  73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 4,116. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | 4,116. |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ☐ ▶ | 76a | 4,116. |
| Direct deposit? See instructions. | ▶ b | Routing number XXXXXXXXX ▶ c Type: X Checking ☐ Savings | | |
| | ▶ d | Account number XXXXXXXXXXXXXXXXX | | |
| | 77 | Amount of line 75 you want applied to your 2015 estimated tax ▶ 77 | | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 0. |
| | 79 | Estimated tax penalty (see instructions)  79 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? X Yes. Complete below. ☐ No | | | |
| | Designee's name ▶ Liberty Tax Service   Phone no. ▶ (586) 795-2615   Personal identification number (PIN) ▶ 10850 | | | |

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date 1/31/2015 | Your occupation PORTER | Daytime phone number (586) 216-9279 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date 1/31/2015 | Spouse's occupation DISABLED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name Anne Czopek | Preparer's signature | Date 1/31/2015 | Check if self-employed ☐ | PTIN P00791091 |
|---|---|---|---|---|
| Firm's name ▶ Liberty Tax Service | | | Firm's EIN ▶ 27-1567196 | |
| Firm's address ▶ 37872 Van Dyke Sterling Heights, MI 48312 | | | Phone no. (586) 795-2615 | |



MENARDS -
CHESTERFIELD
45500 MarketPlace
Blvd
Chesterfield MI 48051

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in store credit voucher if the
return is done after 04/30/15

If you have questions regarding the
charges on your receipt, please
email us at:
CHSTfrontend@menards.com

Sale Transaction

Cust name: Redman, Jerry
SPECIAL ORDER          30079364
7'X4' CASCADE         -PICK  SEQ# 2
1932589                        599.99
END OF ORDER

TOTAL                          599.99
MI TAX 6.00%                    36.00
TOTAL SALE                     635.99
CASH                           700.00
CHANGE                          64.01-

TOTAL NUMBER OF ITEMS =     1

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
 1585

## MENARDS IS NOW HIRING

## APPLY TODAY

THANK YOU, YOUR CASHIER, Breanna

31526 05 4526   01/30/15  04:54PM 3299



MENARDS - CHESTERFIELD

# Rebate #1585 Receipt

1585000660005452642032329909

Offer valid 01-25-15  Thru 01-31-15

Final mailing date 02-21-15

Store: 3299

To obtain rebate form, pickup at Rebate
Center in store, or go to www.menards.com
and download as needed.

11% Rebate Amount              66.00



# MENARDS®

## SPECIAL ORDER CONTRACT
## GUEST COPY

CASHIER: Please staple receipt to back

STORE # 3299 CHST  
45500 Market Place Blvd.  
Chesterfield, MI 48051

PHONE: (586) 598-5060  
FAX: (586) 464-2286

| GUEST NAME - ADDRESS - PHONE |
|---|
| Redman, Jerry |
| 25214 Gratiot Ave |
| Roseville, MI 48066-4426 |
| Ph: (586) 216-9279 |

### IMPORTANT

1. Verify quoted product and quantity
2. Product will be ordered upon payment
3. Track order on Menards.com
4. Pick up order within 7 days of arrival at store
5. Retain receipt

ESTIMATED ARRIVAL DATE NOT BINDING ON MENARDS, INC. BASED ON PROMISES BY OTHERS  02/09/15

| SOLD BY | ORDER DATE |
|---|---|
| MARCUS G. | 01/30/15 |

EMAIL:  
JOB DESC:

| QTY ORDERED | DESCRIPTION | SKU | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 EACH | 7'X4' CASCADE | BMS7400D | 193-2589 | 599.99 | 599.99 |

**This is a quote valid today. This quote becomes an order upon payment and a valid Menards receipt for this order is attached.**

READ THIS CONTRACT CAREFULLY. The terms and conditions set forth in this document are a complete and final expression of the parties. The contract cannot be altered except by written instrument explicitly signed and executed by the General Manager. Any and all claims under this contract must be brought within one year of purchase. **Custom made** special order merchandise purchased from Menards is **NON-REFUNDABLE**. "Non-custom made" Special order product may be refunded at Menards sole discretion with a **25% restocking fee**. Purchaser is responsible for providing to Menards all measurements, sizes, and colors stated above. Purchaser's exclusive remedy, if any product is defective or fails to conform to the terms of the contract, is replacement of the product. All defects and non-conformities must be reported to Menards within 3 days of receiving the product. Purchaser understands that all product is sold "AS IS," and the manufacturer's warranty, if any, is controlling. **MENARDS MAKES NO WARRANTIES, EXPRESS OR IMPLIED AS TO THE MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OF THE PRODUCT**. There are no representations that the products listed herein meet local, state, or federal code requirements. Menards liability shall not exceed the purchase price of the products sold. **MENARDS SHALL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES**. Menards agrees to email Purchaser when the product is available for pick-up. If Purchaser fails to provide an email address, it is Purchaser's responsibility to check the status of the order by visiting Menards.com. If Purchaser refuses or fails to pick up the product within 7 days from the date of its availability, Menards may liquidate the product and shall be entitled to a 25% restocking fee. Menards may withhold any payment received as partial satisfaction. Purchaser agrees that Menards is not liable if the vendor, which supplies the product on this contract, fails to perform. Purchaser agrees that any and all controversies or claims arising out of or related to this contract, or the breach thereof, shall be settled by binding arbitration administered by the American Arbitration Association under its applicable Consumer or Commercial Arbitration Rules. **YOUR PURCHASE OF THE PRODUCT ON THIS CONTRACT CONSTITUTES YOUR AGREEMENT TO ALL TERMS AND CONDITIONS STATED ABOVE.**

| SUB-TOTAL: | 599.99 |
|---|---|
| SHIPPING: | 0.00 |
| PRE-TAX TOTAL: | 599.99 |

VENDOR: **SUNCAST CORP**

For the most accurate and up-to-date status of your order, please visit:

**www.menards.com**

If this is a partial pickup, please verify all quantities/items being signed for. Menards is not responsible for shortages after leaving the yard.

14-44223-mbm    Doc 30    Filed 02/24/15    Entered 02/24/15 16:10:23

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | B.O.C. LAW GROUP PC | $4,158.31 | | $3,169.37 | 3,169.37 | | $3,169.37 | |
| | **DEBTOR REFUND** | | | | | | | |
| 2 | Jerry Lyn Redman | | | | | | | |
| | **EXECUTORY CONTRACT/LEASE** | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **CURRENT MORTGAGE** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **Mortgage Arrears** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **SECURED** | | | | | | | |
| 11 | AARON'S | $2,000.00 | | | | $8.33 | | |
| 12 | ADDED CREDITOR | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **All Unsecured Creditors** | **Total Unsecured** | | | **Percent Allowed** | | **Amount Allowed** | |
| 17 | | 86376.37 | | | 0 | | | |

| Change Line# | 0 | OK | Plan Terms | 52 | Calc | Unsecured % | 0 | Calc | Due to Creditors: | $0.00 | $3, |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Restart | | | | | | | | | In from Debtor: | $63.92 | $3, |

Trustee's % 5.8

Lump Sum $ 43.30

Delete Line 0    OK

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| ROSEVILLE CHRYS | $14.75 | WEEKLY | $ | ? |
| Jerry Lyn Redma | $0.00 | WEEKLY | $ | |